November 17, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

GERALD JOSEPH BAUDER, Appellant

NO. 14-14-00298-CV                          V.

SARA ALEGRIA, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, Sara Alegria, signed, January 21, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.  We order appellant, Gerald Joseph Bauder, to pay all costs incurred in this appeal.  We further order this decision certified below for observance.